## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 05-cv-002611-REB-PAC

TIMOTHY S. DAUGHERTY,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Agency,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on the defendant; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process on the defendant, the defendant or counsel for the defendant shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated February 9, 2006 at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn**
                          **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02611-REB-PAC

Timothy S. Daugherty
21283 White Ash Lane
Parker, CO 80138

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

US Marshal Service
Service Clerk
Service forms for: Michael Chertoff

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Michael Chertoff, the Attorney General of the United States, and the United States Attorney's Office: AMENDED COMPLAINT FILED 1/4/06, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 2/16/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk