IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02611-REB-PAC

TIMOTHY S. DAUGHERTY,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Agency,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Amended [sic] Complaint (Unopposed), filed April 27, 2006, is **GRANTED**. It is

    **FURTHER ORDERED** that the tendered [Second Amended] Title VII Complaint attached to the motion to amend shall be filed this date. It is

    **FURTHER ORDERED** that defendant's Answer to the Second Amended Title VII Complaint is due **on or before May 11, 2006.**

Dated: May 1, 2006