IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02611-REB-PAC

TIMOTHY S. DAUGHERTY,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Agency,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion by Defendant for an Order Granting the Person with Settlement Authority for Defendant Leave to Appear by Telephone at the Settlement Conference [filed November 6, 2006; Doc. No. 33] is **GRANTED** as follows:

    Counsel for defendant Michael Chertoff shall have the person with full settlement authority available by telephone at the Settlement Conference set for **November 15, 2006 at 1:30 p.m.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  November 14, 2006