**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02611-REB-PAC

TIMOTHY S. DAUGHERTY,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Agency,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulated Motion To Dismiss** [#47], filed March 13, 2007. After careful review of the motion and the file the court has concluded that the motion should be granted, and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss** [#47], filed March 13, 2007, is **GRANTED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for April 27, 2007, is **VACATED**; and

2

4.  That the jury trial set to commence May 14, 2007, is **VACATED**.

Dated March 13, 2007, at Denver, Colorado.

> **BY THE COURT:**
>
> **s/ Robert E. Blackburn**
> **Robert E. Blackburn**
> **United States District Judge**